UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JASON D. FEARS, | : | Case No. 1:17-cv-201 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| JUDGE STEVEN MARTIN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court and, on April 10, 2017,

submitted a Report and Recommendation. (Doc. 4). Plaintiff filed objections on April

24, 2017. (Doc. 5)[1].

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] The Court has reviewed Plaintiff's objections and finds that they lack merit. The Report and
Recommendation recommended that Plaintiff's complaint be dismissed because it failed to state
any facts that would give rise to a claim. Plaintiff's one paragraph objection does not rectify the
deficiencies illuminated by the Report and Recommendation; Plaintiff still identifies the actual
name of only 1 of the 13 Defendants on the complaint, and no specific facts are alleged that
would allow this Court to find that the Complaint could move forward.

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim for relief. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore denies Plaintiff leave to appeal *in forma pauperis*. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

Date: 4/25/17

Timothy S. Black
United States District Judge